UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | ) | Case No.: 10-CV-05128-LHK |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER REGARDING SETTLEMENT |
| | ) | |
| FORTINO ORTIZ TAPIA, et al., | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The parties in this action filed a "request for judicial notice of settlement" on June 3, 2011. The notice states that the parties have settled all claims asserted in this case.  The notice states that a stipulation of dismissal will be filed with the Court "promptly."  The parties shall file any dismissal of claims within 21 days of the date of this Order.  Until a dismissal is filed, all deadlines and court dates remain in place.

**IT IS SO ORDERED.**

Dated: June 6, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1