**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | ) Case No.: 10-CV-05128-LHK |
| Plaintiff, | ) |
| v. | ) ORDER DISMISSING CASE |
| FORTINO ORTIZ TAPIA, et al., | ) PURSUANT TO STIPULATION |
| Defendant. | ) |

In light of the parties' stipulation, this case is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: June 16, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-05128-LHK
ORDER DISMISSING CASE